UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILBERT HOOD, JR., an individual; LATRESA S. KIDD-HOOD, an individual; AMERICAN FUNERAL FINANCIAL, LLC, a limited liability company; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02189-FLA (AGRx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**ORDER GRANTING:**<br><br>**1. DISCHARGE AND DISMISSAL OF PRIMERICA LIFE INSURANCE COMPANY;**<br><br>**2. PARTIAL DISTRIBUTION OF INTERPLEADER PROCEEDS; AND**<br><br>**3. PERMANENT INJUNCTION**<br><br>Complaint filed: March 10, 2021 |

# ORDER

The court has received Primerica Life Insurance Company's ("Primerica") deposit of the stake pursuant to the court's June 15, 2021 order. Dkts. 33, 34. Pursuant to the stipulation of the parties, the court hereby ORDERS as follows:

    A.    Primerica and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy number 0489401085;

    B.    Primerica is awarded $4,295.75 in reasonable attorney's fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in court, to be mailed to Primerica's counsel of record;

    C.    Defendants-in-Interpleader Latresa S. Kidd-Hood and Wilbert Hood, Jr., and each of them and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting any suit at law or in equity, or any action of any kind whatsoever, against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0489401085 or to the benefit under that policy; and

    D.    Primerica is DISMISSED from this action with prejudice.

IT IS SO ORDERED.

DATED: July 2, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

cc: Fiscal Services